

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2019

No. 04-19-00053-CR

Robert **GARCIA,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13227
Honorable Frank J. Castro, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on May 2, 2019. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to June 3, 2019. On June 3, 2019, the appellant filed a motion requesting an additional extension of time to file the brief until July 3, 2019, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by July 3, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court